# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No. 8:16CR74 |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | ORDER |
| MARTIN RADEL, ) | |
| ) | |
| Defendant. ) | |

This case is before the court on the defendant Martin Radel's Motion for Temporary Release (#55). The defendant, who is currently released to an inpatient treatment program at the Stephen Center in Omaha, moves the court for an order releasing him to allow him to attend his son's high school graduation in Colorado on May 15, 2016. The court directed that Pretrial Services contact the Stephen Center to determine their position on the travel request. The court has now been informed that the rules of the Stephen Center program do not allow for such release, and that granting such a request would jeopardize the defendant's placement, most likely leading to his immediate discharge. While the court is aware of the defendant's desire to attend his son's high school graduation, the court is not willing to grant an order that would jeopardize his Stephen Center placement.

**IT IS ORDERED:** The defendant's Motion for Temporary Release (#55) is denied without hearing.

Dated this 11th day of May 2016.

BY THE COURT:

s/ F.A. Gossett, III
United States Magistrate Judge