# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | **8:16CR74** |
| vs. | ) | |
| | ) | **ORDER** |
| MARTIN RADEL, TYCE MILLER and TERESA , | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court on defendant Teresa Enninga unopposed motion to continue trial [80] and defendant Tyce Miller's unopposed motion to continue trial [82] as counsel needs additional time to explore plea negotiations.. The defendants have complied with NECrimR 12.1(a).  For good cause shown,

**IT IS ORDERED** that the motions to continue trial are granted, as follows:

1.  The jury trial, for all defendants, currently set for September 27, 2016 is continued to **November 8, 2016.**

2.  In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial.  Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and November 8, 2016** shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act.  Failure to grant a continuance would deny counsel for the defendant  the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

**DATED September 22, 2016.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**